FRANK M. BONTA, Respondent, *v.* WILLIS T. GRIDLEY, Appellant, Impleaded with Another.

*Bonta* v. *Gridley*, 97 App. Div. 643, affirmed.
(Argued June 11, 1906; decided June 21, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 10, 1904, which affirmed interlocutory and final

judgments in favor of plaintiff entered upon decisions of the court at a Trial Term without a jury in an action to recover for an alleged breach of contract.

*C. A. Hitchcock* for appellant.

*Charles P. Ryan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: GRAY, J. Not voting: VANN, J.